# Court of Appeals
# of the State of Georgia

ATLANTA,  July 01, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1846. CERIUM URGENT CARE, LLC v. GASM, LLC.**

Cerium Urgent Care filed a notice of appeal in this action, and the appeal was docketed May 20, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Cerium's brief was due no later than June 9, 2025. On June 9, 2025, Cerium sought an extension of time in which to file its appellant's brief, which we granted to June 30, 2025. On the due date, June 30, 2025, at 11:09 p.m., Cerium filed a second motion seeking an extension of time but giving no reason why this additional extension is necessary. See Court of Appeals Rule 23 (a) ("Appellant's brief *shall* be filed within 20 days after the appeal is docketed. Failure to file within that time, *unless extended upon motion for good cause shown*, may result in the dismissal of the appeal, and may subject the offending party and/or counsel to sanctions, including contempt.") (emphasis supplied); see also Court of Appeals Rule 16 (b) ("Failure to request an extension of time to file a brief *before its due date* may result in the dismissal of the appeal or non-consideration of the brief if untimely filed.") (emphasis supplied).

The required filing date for Cerium's appellate brief has passed. Accordingly, Cerium's second motion for an extension of time in which to file is DENIED and this appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rules 16 (b), 23 (a). As a result, GASM's "Motion to Dismiss Portions of Appeals" is DENIED as MOOT as to this appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/01/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*